WOODBRIDGE ASSOCIATES, LTD. v. RONSON
CORPORATION, A NEW JERSEY CORPO-
RATION v. PAVE–RITE, INC.

December 19, 1984.

Petition for certification denied.



MAHESH R. DESAI, M.D. v. ST. BARNABAS
MEDICAL CENTER.

December 19, 1984.

Petition for certification granted.



STATE OF NEW JERSEY v. WILLIAM BIELECKI.

December 19, 1984.

Petition for certification denied.   (See 196 *N.J.Super.* 332)



STATE OF NEW JERSEY v. SERGIO MORSELLI.

December 19, 1984.

Petition for certification denied.